COURT OF CRIMINAL APPEALS

JUNE 24-15

P.O. Box 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

RE: ANDERSON, Joseph Michael

T.D.C.J. # 1631364

C.C.A. NO. WR-79,651-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 29 2015

Abel Acosta, Clerk

CLERK ABEL ACOSTA,

I AM WRITTING ON the behalf of the status of this C.C.A. NO. WR-79,651-01. In which, when documentaries were issued or FOR-WARD to me. I WAS transfered to Another unit. The MANDATE that WAS issued FROM the Court of CRIMINAL APPEALS WAS Lost. At the time of the opinion of C.C.A. NO. WR-79,651-01. I AM not ASKing for advice FOR Legal ASSISTANCE concerning my CASE: I AM ASKing with Respect And Appreciation A copy of the MANDATE that WAS issued with the C.C.A. NO. WR-79,651-01:

VERy Appreciative,

Joseph Michael Anderson # 1631364

Joseph Michael Anderson

William P. Boyd Unit

200 SPUR 113

TEAGUE, TEXAS

75860